Fill in this information to identify the case:

Debtor name: **Spectrum Alliance, LP**
United States Bankruptcy Court for the: **EASTERN DISTRICT OF PENNSYLVANIA**
Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 91 Beacon Street Trust  Attn: David Podolsky  14 Greenwood Street  Newton, MA 02459 | | | | | | $1,163,985.00 |
| APMC I, LLC  APMC II, LLC  Attn: Maurice Chen  38 Red Fox Drive  New Hope, PA 18938 | | | | | | $9,231,884.80 |
| Demteri GCC, LLC  Demetri HW, LLC  Attn: Charles Demetri  317 Havervill Street  North Reading, MA 01864 | | | | | | $2,169,879.92 |
| First Niagara Bank, N.A.  Attn: Director Special Assets  Two Commerce Square - Suite 2610  2001 Market Street  Philadelphia, PA 19103 | | | | | | $1,055,897.99 |
| Harleysville Savings Bank  Attn: Stephen J. Kopenhaver  271 Main Street  Harleysville, PA 19438 | | | Contingent  Unliquidated | | | $1,709,281.25 |

Debtor **Spectrum Alliance, LP**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| International Union of Operating Engineers of Eastern PA & DE Pension 1375 Virginia Drive Suite 100 Fort Washington, PA 19034 | | | Contingent Unliquidated | | | $10,000,000.00 |
| Malvern Federal Attn: William J. Boylan 163 Madison Avenue 3rd Floor Morristown, NJ 07960 | | Guaranty | Contingent Unliquidated | | | $11,300,000.00 |
| MAREIF Attn: Jeffrey B. Rotwitt 63 Concord Road Aston, PA 19014 | | Guaranty | Contingent Unliquidated | | | $6,300,000.00 |
| PNC Bank, N.A. Attn: Stephen Wursta, Jr., Senior V.P. 61 North 3rd Street N1-N605-01-1 Easton, PA 18042 | | | | | | $2,760,751.40 |
| Richard A Watson, Jr. & Colleen Watson 2412 Raleigh Drive Lancaster, PA 17601 | | | | | | $1,529,638.50 |
| Richard Knoll c/o Mandalay Bay 3950 Las Vegas Boulevard Las Vegas, NV 89119 | | | | | | $1,125,000.00 |
| Shem Creek Capital Attn: Steve Blondin 16 Laurel Avenue Suite 20 Wellesley Hills, MA 02481 | | VSC-EE/Guaranty | Contingent Unliquidated | | | $13,616,519.17 |
| Shem Creek Capital Attn: Steve Blondin 16 Laurel Avenue Suite 20 Wellesley Hills, MA 02481 | | GCC Building Associates/Guaranty | Contingent Unliquidated | | | $11,885,944.44 |

Debtor   **Spectrum Alliance, LP**
         Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Sparkasse KolnBonn Institutionelle Kunden (221/2) HahnenstraBe 57 Koln, Germany | | | Contingent Unliquidated Disputed | | | $1,601,869.00 |
| Stonebridge Bank 605 Willowbrook Lane West Chester, PA 19382 | | | | | | $1,155,538.44 |
| U.S. Bank, N.A. Attn: Shawn Beattie, V.P. 800 Nicollet Mall 22nd Floor Minneapolis, MN 55402 | | | | | | $1,488,862.64 |
| Wells Fargo Attn: Client Solutions 1901 Harrison Street 2nd Floor Oakland, CA 94604 | | CB/Guaranty | Contingent Unliquidated | | | $15,635,915.99 |
| Wells Fargo Attn: Client Solutions 1901 Harrison Street 2nd Floor Oakland, CA 94612 | | ML/Guaranty | Contingent Unliquidated | | | $9,539,861.78 |
| Whittier Trust Company of Nevada, Inc. 100 West Liberty Street Suite 890 Reno, NV 89501-1954 | | | | | | $3,302,000.00 |
| Wohlsen Construction Co. Attn: R. Edward Gordon 548 Steel Way Lancaster, PA 17604 | | Guaranty | Contingent Unliquidated | | | $3,500,000.00 |