**CIARDI CIARDI & ASTIN**
**Albert A. Ciardi, III, Esquire**
**Jennifer C. McEntee, Esquire**
**One Commerce Square, Suite 3500**
**2005 Market Street**
**Philadelphia, PA  19103**
**(215) 557-3550**

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| *In re:* | :    **Chapter 11** |
| **SPECTRUM ALLIANCE, LP,** | : |
| Debtor. | : |
| | :    **Bankruptcy No. 17-14250** |

### DEBTOR'S MOTION TO SET BAR DATE

Spectrum Alliance, LP (the "Debtor"), by and through undersigned counsel, Ciardi Ciardi & Astin, hereby requests an order setting a bar date for proof(s) of claim filed by the Debtor's creditors pursuant to §§105 of the Bankruptcy Code and Federal Rules of Bankruptcy Procedure 3003(c)(3) and for approval of the Notice of Bar Date (the "Motion"), and, in support thereof, respectfully avers as follows:

### JURISDICTION

1.  The Court has jurisdiction over this proceeding pursuant to 28 U.S.C. §§ 157 and 1334.

2.  This is a "core" proceeding pursuant to 28 U.S.C. § 157(b)(2)(A), (M), (N) and (O). Venue is proper in this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

1

3. The statutory predicates for the relief requested herein are §§105 of the Bankruptcy Code and Federal Rules of Bankruptcy Procedure 3003(c)(3).

## BACKGROUND

4. On June 20, 2017, (the "Filing Date"), the Debtor filed a voluntary petition for reorganization in the United States Bankruptcy Court for the Eastern District of Pennsylvania (the "Bankruptcy Court") pursuant to chapter 11 of title 11 of the United States Code, as amended (the "Bankruptcy Code").

5. Since the Filing Date, the Debtor has remained in possession of its assets and continued management of that business as a debtor-in-possession pursuant to sections 1107 and 1108 of the Bankruptcy Code.

## RELIEF REQUESTED

6. Pursuant to Bankruptcy Rule 3003(c)(3) the Bankruptcy Court can set a bar date by which a creditor is required to file a Proof of Claim.

7. In order for the Debtor to efficiently reorganize and comply with the provisions of the Bankruptcy Code, including, without limitation, confirming its chapter 11 plan, it is essential that the entire creditor body is known to the Debtor.

8. Therefore, it is respectfully suggested that the notice attached hereto as **EXHIBIT A** (the "Notice of Bar Date") should be mailed to all creditors and parties in interest advising them of the necessity to file a Proof of Claim on or before the deadline set forth in the Notice of Bar Date.

9. The Debtor prepared a Notice of Bar Date in the form attached hereto as **EXHIBIT A** and the Debtor requests this Court's approval of the form and manner of notice.

WHEREFORE, the Debtor respectfully requests that the Bankruptcy Court enter the attached form of Order establishing a date by which all Proofs of Claim must be filed in this proceeding, approving the Notice of Bar Date, and requiring the Debtor to mail the Notice of Bar Date to all creditors and parties in interest and for such other and further relief as the Bankruptcy Court may deem just and proper under the circumstances.

Respectfully submitted,

Dated: June 20, 2017

CIARDI CIARDI & ASTIN

Albert A. Ciardi, III, Esquire
Jennifer C. McEntee, Esquire
One Commerce Square
2005 Market Street, Suite 3500
Philadelphia, PA 19103
(T) (215) 557-3550
(F) (215) 557-3551
aciardi@ciardilaw.com
jcranston@ciardilaw.com

*Proposed Counsel for the Debtor*