# EXHIBIT "A"

**CIARDI CIARDI & ASTIN**
**Albert A. Ciardi, III, Esquire**
**Jennifer C. McEntee, Esquire**
**One Commerce Square, Suite 3500**
**2005 Market Street**
**Philadelphia, PA  19103**
**(215) 557-3550**
**Attorneys for the Debtor**

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| *In re:* | : | **Chapter 11** |
| | : | |
| **SPECTRUM ALLIANCE, LP,** | : | |
| | : | |
| **Debtor.** | : | |
| | : | **Bankruptcy No. 17-14250** |

### NOTICE OF DEADLINE TO FILE PROOFS OF CLAIM

TO ALL CREDITORS AND PARTIES IN INTEREST, NOTICE IS GIVEN THAT:

      1.     <u>August 19, 2017</u> is the date set as the last date for the filing of the Proofs of Claim on official forms as provided by the Bankruptcy Rules in order for creditors to share in any dividend which may be payable. <u>September 18, 2017</u> is the date set as the Government Proof of Claim Deadline.  Such forms may be purchased by creditors from any legal stationery store and is attached hereto as **EXHIBIT A** for convenience.  THE FAILURE TO FILE A PROOF OF CLAIM MAY RESULT IN YOU OR A PERSON OR ENTITY WHOM YOU REPRESENT OR BY WHOM YOU ARE EMPLOYED LOSING THE ABILITY TO SHARE IN ANY DIVIDEND OR DISTRIBUTION FROM THE BANKRUPTCY ESTATE OR FROM THE DEBTOR.

      2.     A CREDITOR MUST FILE A PROOF OF CLAIM WITHIN THE TIME PERIOD PROVIDED HEREIN TO SHARE IN ANY DISTRIBUTION. ANY CREDITOR WHO DESIRES TO RELY ON THE LIST OF LIABILITIES FILED BY THE DEBTORS HAS A RESPONSIBILITY FOR DETERMINING THAT HE IS ACCURATELY LISTED. A CLAIM MUST BE FILED EVEN IF YOU BELIEVE YOUR CLAIM OR THE CLAIM OF THE PARTY WHO YOU REPRESENT OR BY WHOM YOU ARE EMPLOYED IS CONTINGENT, UNLIQUIDATED, DISPUTED, ESTIMATED, BASED UPON ANY STATE OR FEDERAL LAW OR OTHERWISE ENFORCEABLE BY A GOVERNMENTAL AGENCY, THE SUBJECT OF ANY LITIGATION WITH THE DEBTOR OR ANY OTHER PARTY, BASED UPON ANY AGREEMENT FOR CONTRIBUTION OR INDEMNITY BY THE DEBTORS FOR WHICH A DEMAND HAS OR HAS NOT BEEN MADE, OR BASED UPON ANY OTHER FACTS, LAW OR CIRCUMSTANCES.

      3.     Proofs of claim shall be filed with the Clerk of the United States Bankruptcy Court for the Eastern District of Pennsylvania, Robert N.C. Nix, Sr. Federal Courthouse, 900 Market Street, Suite 400, Philadelphia, PA 19107 with a copy of said filing to the Debtor's counsel whose name and address appears above.

# EXHIBIT A

**(Proof of Claim Form)**

**Fill in this information to identify the case:**

Debtor 1 _____

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the: _____ District of _____

Case number _____

---

## Official Form 410

# Proof of Claim

04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

---

### Part 1:  Identify the Claim

| | |
|---|---|
| 1. Who is the current creditor? | Name of the current creditor (the person or entity to be paid for this claim) _____<br><br>Other names the creditor used with the debtor _____ |
| 2. Has this claim been acquired from someone else? | ☐ No<br>☐ Yes.  From whom? _____ |

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

| Where should notices to the creditor be sent? | Where should payments to the creditor be sent? (if different) |
|---|---|
| Name _____ | Name _____ |
| Number       Street _____ | Number       Street _____ |
| City                State        ZIP Code | City                State        ZIP Code |
| Contact phone _____ | Contact phone _____ |
| Contact email _____ | Contact email _____ |
| Uniform claim identifier for electronic payments in chapter 13 (if you use one): <br> _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | |

| | |
|---|---|
| 4. Does this claim amend one already filed? | ☐ No<br>☐ Yes.  Claim number on court claims registry (if known) _____        Filed on _____<br>                                                                                            MM / DD / YYYY |
| 5. Do you know if anyone else has filed a proof of claim for this claim? | ☐ No<br>☐ Yes.  Who made the earlier filing? _____ |

---

**Part 2:**   **Give Information About the Claim as of the Date the Case Was Filed**

| | |
|---|---|
| 6. Do you have any number you use to identify the debtor? | ☐ No<br>☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ___ ___ ___ ___ |

7. **How much is the claim?**   $_____. **Does this amount include interest or other charges?**
  ☐ No
  ☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

8. **What is the basis of the claim?**

  Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

  Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

  Limit disclosing information that is entitled to privacy, such as health care information.

  _____

9. **Is all or part of the claim secured?**

  ☐ No
  ☐ Yes. The claim is secured by a lien on property.

  **Nature of property:**

  ☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.
  ☐ Motor vehicle
  ☐ Other. Describe: _____

  **Basis for perfection:** _____
  Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

  **Value of property:**   $_____
  **Amount of the claim that is secured:**   $_____

  **Amount of the claim that is unsecured:**  $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

  **Amount necessary to cure any default as of the date of the petition:**   $_____

  **Annual Interest Rate** (when case was filed) _____%
  ☐ Fixed
  ☐ Variable

10. **Is this claim based on a lease?**

  ☐ No
  ☐ Yes. Amount necessary to cure any default as of the date of the petition.   $_____

11. **Is this claim subject to a right of setoff?**

  ☐ No
  ☐ Yes. Identify the property: _____

| 12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)? | ☐ No | |
| | ☐ Yes. *Check one:* | **Amount entitled to priority** |
| A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $_____ |
| | ☐ Up to $2,850* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $_____ |
| | ☐ Wages, salaries, or commissions (up to $12,850*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $_____ |
| | ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $_____ |
| | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $_____ |
| | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(___) that applies. | $_____ |
| | * Amounts are subject to adjustment on 4/01/19 and every 3 years after that for cases begun on or after the date of adjustment. | |

---

**Part 3:  Sign Below**

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

*Check the appropriate box:*

☐ I am the creditor.
☐ I am the creditor's attorney or authorized agent.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date  _____
MM / DD / YYYY

_____
Signature

Print the name of the person who is completing and signing this claim:

| Name | _____ |
| | First name          Middle name          Last name |
| Title | _____ |
| Company | _____ |
| | Identify the corporate servicer as the company if the authorized agent is a servicer. |
| Address | _____ |
| | Number     Street |
| | _____ |
| | City                    State    ZIP Code |
| Contact phone | _____    Email _____ |