# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| SPECTRUM ALLIANCE, LP, | : | Case No. 17-14250 (JKF) |
| | : | |
| Debtor. | : | |
| | : | |

## ENTRY OF APPEARANCE, REQUEST FOR NOTICE
## AND REQUEST TO BE ADDED TO MAILING MATRIX

TO:  Clerk, United States Bankruptcy Court
for the Eastern District of Pennsylvania

Kindly enter the appearance of Michael G. Menkowitz, Esquire of Fox Rothschild LLP on behalf of Malvern Federal Savings Bank, a creditor in the above proceeding.

PLEASE TAKE NOTICE, that the undersigned attorney of Fox Rothschild LLP requests that he be added to the official mailing matrix in this case, and that copies of all pleadings and other papers, however designated, filed in this case and all notices given or required to be given in this case, be given to and served upon the undersigned at the following address:

> Michael G. Menkowitz, Esquire
> Fox Rothschild LLP
> 2000 Market Street, 20th Floor
> Philadelphia, PA  19103-3222
> Tel.: 215-299-2000/Fax: 215-299-2150
> E-mail: mmenkowitz@foxrothschild.com

PLEASE TAKE FURTHER NOTICE that pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure, the foregoing request includes, without limitation, all orders and notices, including, but not limited to, applications, motions, petitions, pleadings, requests, complaints, demands, replies, answers, schedules of assets and liabilities, statements of affairs, operating reports and plans, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex, telecopier, or otherwise.

FURTHER, if any limited service lists are used in these proceedings, the undersigned requests inclusion thereon.

/s/ Michael G. Menkowitz
Michael G. Menkowitz, Esquire
Fox Rothschild LLP
2000 Market Street – 20th Floor
Philadelphia, PA  19103-3222
Tel. (215) 299-2000
Fax. (215) 299-2150
E-mail: mmenkowitz@foxrothschild.com

Dated: June 21, 2017

**CERTIFICATE OF SERVICE OF ENTRY OF APPEARANCE, REQUEST FOR NOTICE AND REQUEST TO BE ADDED TO MAILING MATRIX**

Joseph G. DiStanislao, of full age, certifies as follows:

1. I am a paralegal employed by the law firm of Fox Rothschild LLP, attorneys for creditor, Fox Rothschild LLP in the above-captioned matter.

2. On June 21, 2017, a true and correct copy of the forgoing *Notice of Appearance of Michael G. Menkowitz, Esquire* was served *via* the Court's CM/ECF electronic notification system on those parties who have entered their appearance in this case.

Dated: June 21, 2017        /s/ Joseph G. DiStanislao
                            Joseph G. DiStanislao