## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| *In re:* | : | **Chapter 11** |
| | : | |
| **SPECTRUM ALLIANCE, LP,** | : | |
| | : | |
| Debtor. | : | |
| | : | **Bankruptcy No. 17-14250(JKF)** |

### ORDER

AND NOW, this _____ day of _____, 2017, upon consideration of the Debtor's Motion for an Order Fixing Bar Date for the Filing of Proofs of Claim and For Approval of the Form of Notice (the "Motion"), it is hereby

**ORDERED**, that the Motion is **GRANTED**, and **September 18, 2017** is the date set as the Government Proof of Claim deadline, and any creditor having a claim against the Debtor shall file a Proof of Claim on or before **August 19, 2017** at the office of the Deputy in Charge of Bankruptcy Operations, U.S. Bankruptcy Court, The Robert Nix Building, 900 Market Street, Philadelphia, PA 19107, and forward a copy of the same to Debtor's counsel at the address listed on the Notice, or the claim of the creditor may be discharged or disallowed as untimely; and it is further

**ORDERED**, that Debtor's counsel is directed to mail this Order and the proposed Form of Notice attached to the Motion as Exhibit "A" to all creditors and parties in interest herein; and it is further

**ORDERED,** that the Form of Notice attached to the Motion is approved as containing sufficient information to enable creditors to file a proof of claim and provides adequate notice of the date by which all claims must be filed and the effect of the failure of a creditor to file a claim.

**Date: June 22, 2017**

Honorable Jean K. FitzSimon
United States Bankruptcy Judge