IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| *In re:* | : | Chapter 11 |
| | : | |
| SPECTRUM ALLIANCE, LP | : | |
| | : | |
| Debtor. | : | |
| | : | Bankruptcy No. 17-14250 |

**APPLICATION OF THE DEBTOR TO EMPLOY WOUCH MALONEY & CO., LLP
AS ACCOUNTANTS TO THE DEBTOR PURSUANT TO 11 U.S.C. § 327
*NUNC PRO TUNC* TO THE APPLICATION DATE**

1. On June 20, 2017, Spectrum Alliance, LP (the "Debtor") filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code, as amended (the "Bankruptcy Code"). The Debtor continues to operate its business as a debtor-in-possession pursuant to sections 1107 and 1108 of the Bankruptcy Code

2. Formed in 2001, Spectrum Alliance, LP is a private, open-ended investment fund comprising both stabilized and developmental real estate assets located in the Mid-Atlantic states. Spectrum focuses on two property types: Class A suburban office and suburban retail. Spectrum Alliance, LP is a Pennsylvania Limited Partnership, with each of its properties separately owned by a limited liability company or limited partnership in accordance with institutional financing requirements. Investments in Spectrum are structured as limited partnership interests, denominated in "units".

3. Through this application (the "Application"), the Debtor seeks authority to retain Wouch Maloney & Co., LLP (the "Firm") as its accountants to assist it with the preparation of its corporate tax filings for 2017.

4. The Debtor has made careful and diligent inquiry into the qualifications and competence of the Firm and is advised that the Firm, by reason of ability, integrity and professional experience, is capable of providing proper accounting services to the Debtor.

5. Subject to this Court's approval, the Firm will charge the Debtor for accounting services on an hourly basis in accordance with its ordinary and customary rates in effect on the date that such services are rendered and submits that such rates are reasonable.

6. In addition to the hourly rates, the Firm customarily charges its clients for all costs incurred, including photocopying charges, long distance telephone calls, outgoing facsimile transmissions, messengers, courier mail, printing, transcripts, court fees, document retrieval and similar items.

7. The Firm has not received a pre-petition retainer.

8. Accordingly, the Debtor seeks to engage the services of the Firm as accountants on the terms set forth in the engagement letter (the "Engagement Letter"). A true and correct copy of the Engagement Letter is attached hereto as Exhibit "A."

9. A summary of the professional services the Firm will provide are as follows:

(a) To prepare on behalf of the Debtor federal, state and local corporate tax returns (collectively referred to herein as the "Tax Returns") for 2017.

(b) To assist with accounting, cash flow schedules and other analyses on behalf of the Debtor, while under jurisdiction of the Court.

10. Based on the Declaration of Stephen W. Wouch, CPA, CFF, the Debtor believes the Firm does not hold any interest adverse to the Debtor's estate and, while employed by the

Debtor, will not represent any person having an adverse interest in connection with this case. Further based upon the Declaration of Stephen W. Wouch, CPA, CFF, the Debtor believes the Firm is a "disinterested person" as such term is defined in section 101(14) of the Bankruptcy Code.

11. The Firm also prepares tax returns for affiliates of the Debtor. These entities are listed on Exhibit A to the Engagement Letter attached to the Application. The Firm also prepares tax returns for the following individuals: (1) Robert T. & Elizabeth Wrigley; (2) James R. Wrigley; and (3) Jennifer S. Murphy.

12. The Debtor believes that the employment of the Firm is necessary and in the best interest of the Debtor's estates.

WHEREFORE, the Debtor seeks approval to engage Wouch Maloney & Co., LLP as its accountants.

Dated: June 22, 2017

**CIARDI CIARDI & ASTIN**

By: _____
Albert A. Ciardi, III, Esquire
Jennifer C. McEntee, Esquire
One Commerce Square
2005 Market Street, Suite 3500
Philadelphia, PA 19103
T (215) 557-3550
F (215) 557-3551
aciardi@ciardilaw.com
jcranston@ciardilaw.com

*Proposed Counsel to Debtor*