IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| *In re:* | : | Chapter 11 |
| | : | |
| SPECTRUM ALLIANCE, LP | : | |
| | : | |
| Debtor. | : | |
| | : | Bankruptcy No. 17-14250 |

**DECLARATION OF STEPHEN W. WOUCH, CPA, CFF IN SUPPORT OF DEBTOR'S APPLICATION TO EMPLOY WOUCH MALONEY & CO., LLP AS ACCOUNTANTS TO THE DEBTOR PURSUANT TO 11 U.S.C. § 327 *NUNC PRO TUNC* TO THE APPLICATION DATE**

In accordance with Federal Rule of Bankruptcy Procedure 2014, I, Stephen W. Wouch, CPA, CFF, hereby declare as follows:

1. I am a Partner in the Firm.

2. The Firm is located at 415 Sargon Way, Suite J, Horsham, Pennsylvania 19044.

3. The Firm has extensive experience in all facets of accounting and has previously been engaged by entities that were in bankruptcy. The firm is well qualified to assist the Debtor with the compilation of corporate tax returns for year ending December 31, 2017 and other professional services identified in Paragraph 9 of the Application.

4. To the best of my knowledge, information and belief, neither I nor any member of my firm have any connection with the Debtor, creditors or any other party in interest, other than the representations made in Paragraph 11 of the Application.

5. Although the Firm performed services for the Debtor, as of the Petition Date, the firm is not owed any money by the Debtor.

6. Additionally, to the best of my knowledge, information and belief, neither I nor any member of my firm, holds any interest adverse to the Debtor which would disqualify the Firm from representing the Debtor, and said accounting firm is a disinterested person as that term is defined in 11 U.S.C. § 101(1).

7. The Firm has not received a Pre-Petition Retainer.

8. In addition, the professionals at the Firm who are most likely to work on the Debtor's file and their compensation rates are as follows:

   a. Stephen W. Wouch $330 per hour
   John F. Maloney $330 per hour
   Stephen Slade $240 per hour
   Jeffrey Helphrey $240 per hour
   Theodore Allavena $175 per hour
   Other professional staff $150-$305 per hour depending on level required.

I declare under penalty of perjury that the foregoing statements are true and correct to the best of my knowledge, information and belief.

WOUCH MALONEY & CO., LLP

By: _____
Stephen W. Wouch, CPA, CFF

Dated: 6/5/____, 2017