**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 11 |
| | : | |
| SPECTRUM ALLIANCE, LP | : | BANK. NO.  17-14250 JKF |
| | : | |
| Debtor | : | |
| | : | |

**LIMITED OBJECTION TO DEBTOR'S MOTION TO EMPLOY**
**CIARDI, CIARDI & ASTIN AS COUNSEL**
**BY THE UNITED STATES TRUSTEE**

The Acting United States trustee for Region 3, ("UST") by and through counsel, in furtherance of the administrative responsibilities imposed pursuant to 28 U.S.C. Section 586(a), hereby interposes an Objection to the Motion of the Debtor to employ Ciardi, Ciardi & Astin,  as follows:

1. Debtor filed for relief under chapter 11 of the Bankruptcy Code on July 12, 2016, (Petition Date").

2. Prior to filing for relief, Debtor employed Ciardi, Ciardi & Astin.

3. While  counsel states that it is not owed any fees pre-petition, and  does disclose dates of invoices and date of pre-petition payments, the disclosures are insufficient to enable  the Court or interested parties are able to make an analysis under *In re Pillowtex,*  304 F 3d 246 (3d Cir. 2002).

For the foregoing reasons, the Motion of the Debtor to employ Ciardi, Ciardi & Astin should be denied.

        Respectfully submitted,

        **Andrew R. Vara**
        **ACTING UNITED STATES TRUSTEE**
        **Region 3**

**BY:** */s/ George M. Conway*
        George M. Conway
        Trial Attorney
        833 Chestnut Street, Suite 500
        Philadelphia, PA 19107
        Tel: 215-597-4411

Dated: June 22, 2017