United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Spectrum Alliance, LP  
      Debtor

Case No. 17-14250-jkf  
Chapter 11

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: JeanetteG    Page 1 of 1    Date Rcvd: Jun 21, 2017  
                      Form ID: 130    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 23, 2017.  
db          +Spectrum Alliance, LP,   1120 Welsh Road,   Suite 170,   North Wales, PA 19454-3710

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 23, 2017                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 21, 2017 at the address(es) listed below:  
        ALBERT A. CIARDI, III   on behalf of Debtor   Spectrum Alliance, LP aciardi@ciardilaw.com, aaecfpa@gmail.com;aaecf-pa@ciardilaw.com;sfrizlen@ciardilaw.com  
        GEORGE M. CONWAY   on behalf of U.S. Trustee   United States Trustee george.m.conway@usdoj.gov  
        JENNIFER E. CRANSTON   on behalf of Debtor   Spectrum Alliance, LP jcranston@ciardilaw.com, dtorres@ciardilaw.com  
        United States Trustee   USTPRegion03.PH.ECF@usdoj.gov  
    TOTAL: 4

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re:                                                                    Chapter: 11

   Spectrum Alliance, LP

                    Debtor(s)                               Bankruptcy No: 17–14250–jkf

*O R D E R*

**AND NOW,** this 21st day of June 2017 , the debtor having failed to file or submit with the petition all of the documents required by Fed. R. Bankr. P. 1007,

  It is hereby ORDERED that:

 1.  This case **MAY BE DISMISSED WITHOUT FURTHER NOTICE** if the documents listed below are not filed by deadline also listed below:

   Documents and Deadline

   Statement of Corporate Ownership due 07/4/2017
   SSN – Form B21 /Tax ID due 06/27/2017
   Attorney Disclosure Statement due 07/4/2017
   List of Equity Security Holders due 07/4/2017
   Schedule A/B due 07/4/2017
   Schedule D due 07/4/2017
   Schedule E/F due 07/4/2017
   Schedule G due 07/4/2017
   Schedule H due 07/4/2017
   Statement of Financial Affairs due 07/4/2017
   Statistical Summary of Certain Liabilities Form B206 due 07/4/2017.

  2.  Any request for an extension of time must be filed prior to the expiration of the deadlines listed above in Paragraph 1.

By the Court

Jean K. FitzSimon
Judge , United States Bankruptcy Court

10
Form 130