United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Spectrum Alliance, LP
Debtor

Case No. 17-14250-jkf
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0313-2 User: Cathleen Page 1 of 5 Date Rcvd: Jun 22, 2017
Form ID: 309F Total Noticed: 159

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 24, 2017.

db +Spectrum Alliance, LP, 1120 Welsh Road, Suite 170, North Wales, PA 19454-3710
aty +GEORGE M. CONWAY, United States Trustee, 833 Chestnut Street, Suite 500, Philadelphia, PA 19107-4405
aty +JENNIFER E. CRANSTON, Ciardi Ciardi & Astin, P.C., One Commerce Square, 2005 Market Street, Suite 3500, Philadelphia, PA 19103-7011
13937146 +91 Beacon Street Trust, Attn: David Podolsky, 14 Greenwood Street, Newton, MA 02459-2741
13937148 +APMC I, LLC, APMC II, LLC, Attn: Maurice Chen, 38 Red Fox Drive, New Hope, PA 18938-9666
13937147 +Andrew F. Lucarelli, Esquire, Brubaker, Connaughton & Lucarelli, LLC, 480 New Holland Road, Suite 6205, Lancaster, PA 17602-2227
13937154 +BBLB Partners, Mark Pearlstein, General Partner, 175 Strafford Avenue, Ste 1, Wayne, PA 19087-3340
13937153 +BBLB Partners, Attn: Mark S. Pearlstein, 175 Strafford Avenue, Suite 1, Wayne, PA 19087-3340
13937155 +BDO, Attn: William Burns, 1801 Market Street, Suite 1700, Philadelphia, PA 19103-1634
13937160 +BGT Realty Limited Partnership, & John S. Gooding, 345 South Reading, P.O. Box 476, Ephrata, PA 17522-0476
13937159 +BGT Realty Limited Partnership, Attn: John S. Gooding, 345 South Reading, P.O. Box 476, Ephrata, PA 17522-0476
13937161 +BGT Realty, LP, John S. Gooding, 345 South Reading Road, Ephrata, PA 17522-1832
13937165 +BNM Investments, LLC, Sybil Vince, 46A Brook Street, Manchester, MA 01944-1161
13937164 +BNM Investments, LLC, Terry Vince (deceased), c/o Sybil Vince, 46A Brook Street, Manchester, MA 01944-1161
13937163 +BNM Investments, LLC, Lisa Vince, 9 Ledgewood Way, Unit 2, Peabody, MA 01960-1349
13937162 +BNM Investments, LLC, Barry Margolis, 200 Lincoln West Drive, Mountville, PA 17554-1543
13937149 +Ballard Spahr Andrews & Ingersoll, LLP, 1735 Market Street, 51st Floor, Philadelphia, PA 19103-7599
13937150 Baranzano Family, LP, Attn: John Baranzano, 1208 Heron Way, Deland, FL 32724
13937151 +Barbara T. Ilsen, Esquire, Dilworth Paxson, LLP, 1500 Market Street, Suite 3500 E, Philadelphia, PA 19102-2101
13937152 +Barley Snyder LLC, Scott F. Landis, Esquire, 126 E. King Street, Lancaster, PA 17602-2832
13937158 Bernard Greenblatt Living Trust, Jacob Klaus, Whittier Trust Company, 100 West Liberty Street, Suite 890, Reno, NV 89501-1954
13937157 +Bernard Greenblatt Living Trust, Charles Adams, 1600 Huntington Drive, South Pasadena, CA 91030-4709
13937156 +Bernard Greenblatt Living Trust, Craig Ayers Whittier Trust Co, 505 Montgomery St, Suite 620, San Francisco, CA 94111-6545
13937166 +Carol A. Young, 1515 The Fairway, Apt. 593, Jenkintown, PA 19046-1465
13937167 Carolyn C. Stimpson, 499 Mountain Road, Princeton, MA 01541-1105
13937168 +Charlotte A. Hunsberger, Esquire, Bricker, Landis, Hunsberger, LLP, 114 East Broad Street, Souderton, PA 18964-1209
13937169 +Constitution Real Estate, LLC, H. Jack Miller, Managing Partner, 500 NE Spanish River Blvd., Ste 205, Boca Raton, FL 33431-4559
13937171 +D. Ethan Jeffery, Esquire, Murphy & King, P.C., One Beacon Street, 21st Floor, Boston, MA 02108-3196
13937172 +Daniel D. Haggerty, Esquire, Kang Haggerty & Fetbroyt, LLC, 123 S. Broad Street, Suite 1670, Philadelphia, PA 19109-1003
13937173 David I. Crowley, 449 Mountain Road, Princeton, MA 01541-1105
13937174 +Dee Development, LLC, Ralph D'Amico, General Partner, 276 A Orchard Street, Watertown, MA 02472-3234
13937176 +Dee Development, LLC, Susan Smith, 2925 Coast Line Court, Las Vegas, NV 89117-3525
13937175 +Dee Development, LLC, Richard & Michelle Knoll, c/o Mandalay Bay, 3950 Las Vegas Blvd.,, Las Vegas, NV 89119-1005
13937177 Delaware Secretary of State, P.O. Box 5509, Binghamton, NY 13902-5509
13937178 +Demteri GCC, LLC, Demetri HW, LLC, Attn: Charles Demetri, 317 Havervill Street, North Reading, MA 01864-1450
13937179 +Douglas J. Detweiler, 99 Martin Road, Concord, MA 01742-1805
13937180 +Drinker Biddle & Reath, Jerald Goodman, Esquire, One Logan Square, Suite 2000, Philadelphia, PA 19103-6909
13937181 +Esther G. Friesen, 485 Quarry Road, Harleysville, PA 19438-2408
13937182 +First Niagara Bank, N.A., Attn: Director Special Assets, Two Commerce Square - Suite 2610, 2001 Market Street, Philadelphia, PA 19103-7044
13937183 +Fox Rothschild, LLP, Attn: Marcel L. Groen, Esquire, 10 Sentry Parkway, Suite 200, Blue Bell, PA 19422-2331
13937184 +Goldstein GCC, LLC, c/o William S. Goldstein Associates, 233 E. Lancaster Avenue, Suite 102, Ardmore, PA 19003-2321
13937185 +Good Plumbing, Heating, A/C, Inc., Attn: Rod Kratz, President, 737 Hagey Center Drive - Unit D, Souderton, PA 18964-2404
13937186 +Gregory D. Coppola, Sr., 1901 Parkside Lane, Harleysville, PA 19438-3063
13937187 +Hanna Fank Investment, LLC, Peter Frank, 120 Lloyd Road, Montclair, NJ 07042-1730
13937188 +Hanna Frank Investment, LLC, Jeffrey Altschuler, 15 Pembroke Road, Summit, NJ 07901-3055
13937189 +Hanna Frank Investment, LLC, Lynn Altschuler, 15 Pembroke Road, Summit, NJ 07901-3055
13937190 +Harleysville Savings Bank, Attn: Stephen J. Kopenhaver, 271 Main Street, Harleysville, PA 19438-2495

13937191 +Hullett Living Trust, Attn: Edward H. Hullett, 600 Gaither Road, Sykesville, MD 21784-5823
13937192 IIC Immobilien und Finanzberatung Gmb, Attn: Burkhart A. Schulz, Fuchshohl 76A - D-60431, Frankfurt am Main, Germany
13937194 +IIC Immobillen-und Finanzberatung GmbH, Robert A. Grinberg, 30 Cramond Road, Chestnut Hill, MA 02467-2803
13937193 IIC Immobillen-und Finanzberatung GmbH, Burkhart A Schultz, Managing Partner, Fuchshohl 76A, D-60431, Frankfurt am Main, Germany
13937197 +IRA FBO L. Keith Fretz, L. Keith Fretz, 3925 Township Line Road, Collegeville, PA 19426-1314
13937201 +IRA FBO William B. Fretz, Benjamin C. Hammond, 4 Service Drive, Wellesley, MA 02482-7316
13937200 +IRA FBO William B. Fretz, Mark & Ninette Halpin, 20 Aden Road, Liberty, NY 12754-2506
13937199 +IRA FBO William B. Fretz, William & Frances Goldstein, Trustee, 233 E. Lancaster Avenue, Suite 102, Ardmore, PA 19003-2321
13937202 +IUOE Pension Fund of Eastern PA & DE, John Heenan, Administrator, 1375 Virginia Drive, Suite 102, Fort Washington, PA 19034-3257
13937195 +Ingrid Detweiler Trust, Ingred E. Detweiler, Trustee, 99 Martin Road, Concord, MA 01742-1805
13937196 +International Union of Operating, Engineers of Eastern PA & DE Pension, 1375 Virginia Drive, Suite 100, Fort Washington, PA 19034-3257
13937203 +James L. Murray, c/o Kevin J. Silverang, Esquire, Silverang & Donohoe, LLC, 595 East Lancaster Avenue - Suite 203, St. David’s, PA 19087-5145
13937204 +James R. Demetri 2004 Revocable Trust, James P. & Helen Demetri, Trustees, 11 Oscar’s Way, North Reading, MA 01864-2462
13937212 +James R. Demetri 2004 Revocable Trust, Terry and Sybil Vince, 46A Brook Street, Manchester, MA 01944-1161
13937208 +James R. Demetri 2004 Revocable Trust, Jennifer S. Muphy, 7 Rock Ridge Drive, Old Saybrook, CT 06475-4027
13937210 +James R. Demetri 2004 Revocable Trust, Richard A. Watson, Jr, 2412 Raleigh Drive, Lancaster, PA 17601-2948
13937207 +James R. Demetri 2004 Revocable Trust, James R. Wrigley, 1487 Maxwell Court, Lansdale, PA 19446-4886
13937211 +James R. Demetri 2004 Revocable Trust, William B. Fretz, Jr., PO Box 650, Oaks, PA 19456-0650
13937206 +James R. Demetri 2004 Revocable Trust, Elizabeth A. Wrigley, 2054 Squirrrel Hill Road, Schwenksville, PA 19473-2005
13937205 +James R. Demetri 2004 Revocable Trust, Robert T. Wrigley, 2054 Squirrel Hill Road, Schwenksville, PA 19473-2005
13937209 +James R. Demetri 2004 Revocable Trust, Faye E. Kripitz Gaynor, 7862 Red Rock Ridge Avenue, Las Vegas, NV 89179-2002
13937213 +James R. Wrigley, 1487 Maxwell Court, Lansdale, PA 19446-4886
13937214 +Jay C. Glickman, Esquire, Rubin, Glickman, Steinberg & Gifford, PC, P.O. Box 1277, Lansdale, PA 19446-0726
13937217 +Jebro, LLC, Colleen A. Watson, 2412 Raleigh Drive, Lancaster, PA 17601-2948
13937215 +Jebro, LLC, Bernard Roseman, Manager, 403 Willowmere Lane, Ambler, PA 19002-6022
13937216 Jebro, LLC, Cosette Bonjour, 14-5048 Wai Opae Street, Pahoa, HI 96778
13937218 +John A. & Janet M. Baranzano Living Trus, John & Janet Baranzano, 18321 Southeast Cassia Lane, Jupiter, FL 33469-1426
13937219 +John H. Widman, Esquire, Susanin Widman & Brennan, PC, 656 E. Swedesford Road, Suite 330, Wayne, PA 19087-1632
13937220 +Jordan L. Shapiro, Esquire, Shapiro & Hender Law Offices, 105 Salem Street, P.O. Box 392, Malden, MA 02148-0004
13937221 +Joseph & Meredith Baranzano Living Trust, Joseph & Meredith Baranzano, 1208 Heron Point Way, Deland, FL 32724-7351
13937222 +Kevin J. Trout, 914 Twykenham Road, Media, PA 19063-1636
13937223 +Leona Lubliner Trust, Attn: Allison Sullivan, 60 Dolk Road, Tijeras, NM 87059-8229
13937224 Leona Mogavero, Esquire, Friedman Schuman, P.C., 101 Greenwood Avenue - 5th Floor, Jenkintown, PA 19046-2636
13937225 +Lewis ML, LLC, Gordon W. Lewis, Jr., Manager, 2 Rachel Road, Boylston, MA 01505-1113
13937226 +Lewis NWC, LLC, Gordon W. Lewis, Jr., Manager, 2 Rachel Road, Boylston, MA 01505-1113
13937227 +Lewis NWC, LLC, David A. Demoura, 47 Lexington Avenue, Gloucester, MA 01930-3949
13937228 +Lewis NWC, LLC, Lilliam R. BeVier, 712 Rugby Road, Charlottesville, VA 22903-1627
13937229 +Lewis NWC, LLC, Michael J. BeVier, 712 Rugby Road, Charlottesville, VA 22903-1627
13937230 +Lewis Tollgate, LLC, Attn: Godon W. Lewis, 2 Rachel Road, Boylston, MA 01505-1113
13937231 +Luciano DiVentura, 1 Villiagio Court, Cherry Hill, NJ 08003-1451
13937237 ++++MAREIF, ATTN: JEFFREY B. ROTWITT, 250 COMMERCE DR, ASTON PA 19014-3203 (address filed with court: MAREIF, Attn: Jeffrey B. Rotwitt, 63 Concord Road, Aston, PA 19014)
13937232 +MacDonald-Eastlake, LLC, Roderick L. MacDonald, Manager, Two Atlantic Avenue, Boston, MA 02110-3918
13937234 +MacDonald-Eastlake, LLC, Paul A. Peterson, 46 Udine Street, Arlington, MA 02476-5657
13937233 +MacDonald-Eastlake, LLC, Georgina MacDonald, 180 Ferry Road, Bristol, RI 02809-2915
13937235 +MacDonald-Eastlake, LLC, Kennet Polcari, 38 Sarles Street, Armonk, NY 10504-1229
13937236 +Malvern Federal, Attn: William J. Boylan, 163 Madison Avenue, 3rd Floor, Morristown, NJ 07960-7358
13937939 +Malvern Federal Credit Union, c/o Michael G. Menkowitz, Esquire, Fox Rothschild LLP, 2000 Market Street, Twentieth Floor, Philadelphia, PA 19103-3231
13937238 +Mark Halpin & Ninette Halpin, 20 Arden Road, Liberty, NY 12754-2506
13937239 +Matthew R. McCrink, Esquire, McCrink Kehler & McKrink, 475 Route 73 North, West Berlin, NJ 08091-2003

13937240 +Michael R. Holly, c/o Kevin J. Silverang, Esquire, Silverang & Donohoe, LLC, 595 East Lancaster Avenue - Suite 203, St. David's, PA 19087-5145
13937241 +Michelle Knoll IRA Acct No. 1, Michell Knoll, 2462 Ping Drive, Henderson, NV 89074-8315
13937242 +Morgan, Lewis, & Bockius, LLP, Attn: William Haley, 1701 Market Street, Philadelphia, PA 19103-2987
13937243 +N&W Partnership, William & Norman Shack, General Partners, 160 Pleasant Street, North Andover, MA 01845-2706
13937245 +N&W Partnership, Chance Worthington, 1108 Wrightstown Road, Newtown, PA 18940-9602
13937244 N&W Partnership, Harry L. Belin, 9208 Harrington Drive, Potomac, MD 20854-4507
13937246 +Naper Limited Partnership, Jon Pusateri, 119 S. Brainard Street, Naperville, IL 60540-4903
13937247 +Northeast Carpenters Annuity Fund, Peter Tonia Administrator, 91 Fieldcredt Avenue, 3rd Floor, Edison, NJ 08837-3627
13937249 +PNC Bank, N.A., Attn: Stephen Wursta, Jr., Senior V.P., 61 North 3rd Street, N1-N605-01-1, Easton, PA 18042-3642
13937248 +Paul Halpin, 3261 Fiesta Way, Pompano Beach, FL 33062-6804
13937251 +RGMAT Associates, LP, Richard & Suzanne Harris, 950 Troxel Road, Lansdale, PA 19446-4633
13937250 +Ramesh R. Desai, 135 Weber Road, North Wales, PA 19454-2211
13937252 +Richard A Watson, Jr. & Colleen Watson, 2412 Raleigh Drive, Lancaster, PA 17601-2948
13937253 +Richard B. Trout, 617 Heron Drive, Logan Township, NJ 08085-1741
13937254 +Richard Knoll, c/o Mandalay Bay, 3950 Las Vegas Boulevard, Las Vegas, NV 89119-1005
13937255 Richard S. Perelman, Esquire, Ballard Spahr, LLP, 1735 Market Street, 51st Floor, Philadelphia, PA 19103-7599
13937256 +Robert T. Wrigley, 2054 Squirrel Hill Road, Schwenksville, PA 19473-2005
13937257 +Roseman Family Intervivos Trust, Bernard & Betty E. Roseman, Trustees, 403 Willowmere Lane, Ambler, PA 19002-6022
13937258 Rudolph J. DiMassa, Esquire, Duane Morris LLP, 30 S. 17th Street, Philadelphia, PA 19103-4196
13937259 +Ryan T. Works, Esquire, McDonald & Carano, 2300 West Sahara Avenue, Suite 1200, Las Vegas, NV 89102-4395
13937260 +S&R Hillcrest Owners, LP, Attn: Richard Harris, 950 Troxel Road, Lansdale, PA 19446-4633
13937264 +SMG Montgomeryville, LLC, c/o Elliott Greenleaf, P.C., 925 Harvest Drive, Suite 300, Blue Bell, PA 19422-1956
13937269 +SVRE Opportunity Fund, LP, John Greer, Managing Member, Five Greentree Center, 525 Route 73 N. Ste 309, Marlton, NJ 08053-3422
13937261 +Sean D. Detweiler, 111 Patridge Lane, Concord, MA 01742-2621
13937262 +Shamrock Properties Corp., Attn: Sharlene Symonette, 629 SW 10th Street, Hallandale, FL 33009-6944
13937263 +Shem Creek Capital, Attn: Steve Blondin, 16 Laurel Avenue, Suite 20, Wellesley Hills, MA 02481-7531
13937265 Sparkasse KolnBonn, Institutionelle Kunden (221/2), HahnenstraBe 57, Koln, Germany
13937266 +Stewart Greenleaf, Jr., Esquire, Timothy Myers, Esquire, Elliott Greenleaf, P.C., 925 Harvest Drive - Suite 300, Blue Bell, PA 19422-1956
13937267 +Stonebridge Bank, 605 Willowbrook Lane, West Chester, PA 19382-5554
13937268 +Susan Smith IRA Acct No. 1, Susan Smith, 2925 Coast Line Court, Las Vegas, NV 89117-3525
13937270 +Sweeney GCC, LLC, Attn: Jerry Sweeney, 21 Salem Street, Wakefield, MA 01880-1840
13937271 +Tactix Real Estate Advisors, LLC, c/o Judson Wambold, Two Logan Square - Suite 520, 100 North 18th Street, Philadelphia, PA 19103-2778
13937272 +The Douglas J. Detweiler Trust, Douglas J. Detweiler, Trustee, 99 Martin Road, Concord, MA 01742-1805
13937273 +The Douglas J. Detweiler Trust, Giuseppe & Lucia DeMeo, 2605 Lloyd's Lane, Norristown, PA 19403-1363
13937274 +The Geraldine Lee Haase Revocable Trust, Geraldine Lee Haase-Filley, Trustee, 2617 Allendale Circle, Henderson, NV 89052-6803
13937279 The Menzel Family Trust dtd 12/11/97, Carolyn Stimpson, 499 Mountain Road, Princeton, MA 01541-1105
13937278 The Menzel Family Trust dtd 12/11/97, David I. Crowley, 499 Mountain Road, Princeton, MA 01541-1105
13937280 +The Menzel Family Trust dtd 12/11/97, Richard & Diane Trout, 617 Heron Drive, Swedesboro, NJ 08085-1741
13937276 +The Menzel Family Trust dtd 12/11/97, Martin A. Tuzman, 707 Rambler Road, Elkins Park, PA 19027-1216
13937277 +The Menzel Family Trust dtd 12/11/97, Rochelle T. Sauber, 603 Laverock Road, Glenside, PA 19038-2817
13937275 The Menzel Family Trust dtd 12/11/97, Brain Menzel, 9220 Tesoras Drive, Unit 201, Las Vegas, NV 89144-1554
13937281 +The Menzel Family Trust dtd. 12/11/97, Anne S. Tuzman, 60 Depot Road, Hatfield, MA 01038-9754
13937282 +Thomas J. Moylan, Esquire, Boque, Moylan & Manno, LLP, 171 Milk Street, Suite 32, Boston, MA 02109-4323
13937283 +Thomas P. Dunn, 379 Roosevelt Avenue, Pawtucket, RI 02860-2145
13937284 +Thomas R. Sparks, 80 Scarlet Oak Drive, Doylestown, PA 18901-2912
13937286 Viral Realty Trust, Isaac Kliger, 227 East Emerson Road, Lexington, MA 02420-2135
13937287 +Viral Realty Trust, Lawrence C. Eisenhauer, 111 Village Clubhouse Circle, Jupiter, FL 33458-7826
13937288 +Waverley Place Realty Trust, Richard S. Polcari, Trustee, PO Box 550164, North Waltham, MA 02455-0164
13937289 +Wells Fargo, Attn: Client Solutions, 1901 Harrison Street, 2nd Floor, Oakland, CA 94612-3652

13937291 Whittier Trust Company of Nevada, Inc., 100 West Liberty Street, Suite 890, Reno, NV 89501-1954
13937292 William M. Shields, Esquire, McElroy, Deutsch, Mulvaney & Carpenter, One Penn Center - Suburban Station, 1617 JFK Boulevard - Suite 1500, Philadelphia, PA 19103-1815
13937293 +William O. Daggett, Jr., c/o Kevin J. Silverang, Esquire, Silverang & Donohoe, LLC, 595 East Lancaster Avenue - Suite 203, St. David's, PA 19087-5145
13937298 +William R. Russell III Revocable Trust, Risa M. Lavelle, 194 Waltham Street, Lexington, MA 02421-4914
13937296 +William R. Russell III Revocable Trust, Cynthia Santini, 32 Grandview Drive, Unit 14, Bristol, NH 03222-3787
13937299 +William R. Russell III Revocable Trust, Peter Frank, 120 LLoyd Road, Montclair, NJ 07042-1730
13937295 +William R. Russell III Revocable Trust, James K. Towers, III & Connie U. Towers, 1061 Chapel Forge Drive, Lancaster, PA 17601-1756
13937294 +William R. Russell III Revocable Trust, William R. Russell III, 9 Rock Manor Avenue, Wilmington, DE 19803-4519
13937300 +William R. Russell III Revocable Trust, John Frank, 1180 Westboro, Birmingham, MI 48009-5856
13937301 +Wohlsen Construction Co., Attn: R. Edward Gordon, 548 Steel Way, Lancaster, PA 17601-3154

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty E-mail/Text: aciardi@ciardilaw.com Jun 23 2017 01:07:07 ALBERT A. CIARDI, III, Ciardi Ciardi & Astin, P.C., One Commerce Square, 2005 Market Street, Suite 3500, Philadelphia, PA 19103
ust +E-mail/Text: ustpregion03.ph.ecf@usdoj.gov Jun 23 2017 01:07:54 United States Trustee, Office of the U.S. Trustee, 833 Chestnut Street, Suite 500, Philadelphia, PA 19107-4405
13937170 +E-mail/Text: BANKRUPTCYNOTICE@CSCINFO.COM Jun 23 2017 01:07:18 Corporation Services Co., Attn: Michele Henry, 2711 Centerville Road, Suite 400, Wilmington, DE 19808-1646
13937285 EDI: USBANKARS.COM Jun 23 2017 01:08:00 U.S. Bank, N.A., Attn: Shawn Beattie, V.P., 800 Nicollet Mall, 22nd Floor, Minneapolis, MN 55402
TOTAL: 4

***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13937297 William R. Russell III Revocable Trust, Brian O Lavelle, no current address
13937290* +Wells Fargo, Attn: Client Solutions, 1901 Harrison Street, 2nd Floor, Oakland, CA 94612-3652
13937198 ##+IRA FBO William B. Fretz, William B. Fretz, PO Box 650, Oaks, PA 19456-0650
TOTALS: 1, * 1, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 24, 2017 Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 22, 2017 at the address(es) listed below:
ALBERT A. CIARDI, III on behalf of Debtor Spectrum Alliance, LP aciardi@ciardilaw.com, aaecfpa@gmail.com;aaecf-pa@ciardilaw.com;sfrizlen@ciardilaw.com
GEORGE M. CONWAY on behalf of U.S. Trustee United States Trustee george.m.conway@usdoj.gov
JENNIFER E. CRANSTON on behalf of Debtor Spectrum Alliance, LP jcranston@ciardilaw.com, dtorres@ciardilaw.com
MICHAEL G. MENKOWITZ on behalf of Creditor Malvern Federal Saving Bank mmenkowitz@frof.com, brian-oneill-fox-5537@ecf.pacerpro.com;jdistanislao@foxrothschild.com
United States Trustee USTPRegion03.PH.ECF@usdoj.gov

Certificate of Notice Page 5 of 8

District/off: 0313-2 User: Cathleen Page 5 of 5 Date Rcvd: Jun 22, 2017
Form ID: 309F Total Noticed: 159

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

YVETTE NIKETA BRADLEY on behalf of Creditor Stonebridge Bank ybradley@mdmc-law.com, wshields@mdmc-law.com;sshidner@mdmc-law.com

TOTAL: 6

**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor | **Spectrum Alliance, LP**<br>Name | EIN | **23−3074679** |
| United States Bankruptcy Court | **Eastern District of Pennsylvania** | Date case filed for chapter **11** | **6/20/17** |
| Case number: | **17−14250−jkf** | | |

Official Form 309F (For Corporations or Partnerships)

## Notice of Chapter 11 Bankruptcy Case

**12/15**

**For the debtor listed above, a case has been filed under chapter 11 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from the debtor by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

Confirmation of a chapter 11 plan may result in a discharge of debt. A creditor who wants to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadline specified in this notice. (See line 11 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| | | |
|---|---|---|
| **1. Debtor's full name** | Spectrum Alliance, LP | |
| **2. All other names used in the last 8 years** | | |
| **3. Address** | 1120 Welsh Road<br>Suite 170<br>North Wales, PA 19454 | |
| **4. Debtor's attorney**<br>Name and address | ALBERT A. CIARDI III<br>Ciardi Ciardi & Astin, P.C.<br>One Commerce Square<br>2005 Market Street<br>Suite 3500<br>Philadelphia, PA 19103 | Contact phone (215) 557−3550<br>Email: aciardi@ciardilaw.com |
| **5. Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at www.pacer.gov. | 900 Market Street<br>Suite 400<br>Philadelphia, PA 19107 | Office Hours: Philadelphia Office −− 8:30 A.M. to 5:00 P.M Reading Office −− 8:00 A.M. to 4:30 P.M.<br>Contact phone (215)408−2800<br>Date: 6/22/17 |

| | | |
|---|---|---|
| **6. Meeting of creditors**<br>The debtor's representative must attend the meeting to be questioned under oath.<br>Creditors may attend, but are not required to do so. | **July 18, 2017 at 02:00 PM**<br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br>**Office of the U.S. Trustee, Meeting Room, Suite 501, 833 Chestnut Street, Philadelphia, PA 19107** |

**For more information, see page 2 >**

Certificate of Notice Page 7 of 8
Official Form 309F (For Corporations or Partnerships) **Notice of Chapter 11 Bankruptcy Case** page 1

| | |
|---|---|
| **7. Proof of claim deadline** | **Deadline for filing proof of claim: 8/19/17** For a governmental unit: **9/18/17**<br><br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br><br>Your claim will be allowed in the amount scheduled unless:<br><br>● your claim is designated as *disputed*, *contingent*, or *unliquidated;*<br>● you file a proof of claim in a different amount; or<br>● you receive another notice.<br><br>If your claim is not scheduled or if your claim is designated as *disputed*, *contingent*, or *unliquidated*, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled.<br><br>You may review the schedules at the bankruptcy clerk's office or online at www.pacer.gov.<br><br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. |
| **8. Exception to discharge deadline**<br>The bankruptcy clerk's office must receive a complaint and any required filing fee by the following deadline. | You must start a judicial proceeding by filing a complaint if you want to have a debt excepted from discharge under 11 U.S.C. § 1141(d)(6)(A).<br><br>**Deadline for filing the complaint:** |
| **9. Creditors with a foreign address** | If you are a creditor receiving notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
| **10. Filing a Chapter 11 bankruptcy case** | Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the property and may continue to operate its business. |
| **11. Discharge of debts** | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See 11 U.S.C. § 1141(d). A discharge means that creditors may never try to collect the debt from the debtor except as provided in the plan. If you want to have a particular debt owed to you excepted from the discharge under 11 U.S.C. § 1141(d)(6)(A), you must start a judicial proceeding by filing a complaint and paying the filing fee in the bankruptcy clerk's office by the deadline. |