## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| *In re:* | : | **Chapter 11** |
| **SPECTRUM ALLIANCE, LP** | : | |
| Debtor. | : | **Bankruptcy No. 17-14250(JKF)** |

### NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE

Spectrum Alliance, LP, (the "Debtor") by and through its counsel, Ciardi Ciardi & Astin, has filed a Motion for Authority to Continue to Perform Under a Real Estate Services Agreement and Amended and Restated Limited Partnership Agreement with Trefoil Properties, LP and Trefoil Management, LLC ("Motion") with the Court.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have any attorney, you may wish to consult an attorney.)**

1.      If you do not want the court to grant the relief sought in this motion or if you want the court to consider your views on the motion, then on or before **JULY 11, 2017**, you or your attorney must do <u>all</u> of the following:

(a)      file an answer explaining your position at:
U.S. Bankruptcy Court
Attn: Clerk's Office
Robert N.C. Nix Sr. Federal Courthouse
900 Market Street, Suite 400
Philadelphia, PA 19107

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

(b)      mail a copy to the Movant's attorney:

Albert A. Ciardi, III, Esquire
Jennifer C. McEntee, Esquire
CIARDI CIARDI & ASTIN
One Commerce Square – Suite 3500
2005 Market Street
Philadelphia, PA 19103
Telephone: 215-557-3550
Telecopier: 215-557-3551
aciardi@ciardilaw.com
jcranston@ciardilaw.com

2.      If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

3.      A hearing on the Motion is scheduled to be held before the Honorable Jean K. FitzSimon, on **AUGUST 2, 2017** at **9:30 a.m.** in Courtroom #3, U.S. Bankruptcy Court, Robert N.C. Nix Sr. Federal Courthouse, 900 Market Street, Philadelphia, PA 19107.

4.      If a copy of the Motion is not enclosed, a copy of the Motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5.      You may contact the Bankruptcy Clerk's Office at 215-408-2800 to find out whether the hearing has been cancelled because no one filed an answer.

Dated: June 27, 2017                    CIARDI CIARDI & ASTIN

                                        */s/  Albert A. Ciardi, III*
                                        Albert A. Ciardi, III, Esquire
                                        Jennifer C. McEntee, Esquire
                                        One Commerce Square
                                        2005 Market Street, Suite 3500
                                        Philadelphia, Pa 19103
                                        Telephone: (215) 557-3550
                                        Facsimile: (215) 557-3551
                                        *Proposed Counsel to the Debtor*