IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| *IN RE:* | CHAPTER 11 |
| SPECTRUM ALLIANCE, LP, | |
| DEBTOR. | BANKRUPTCY NO. 17-14250JKF |

## CERTIFICATE OF SERVICE

I, Albert A. Ciardi, III, hereby certify that on this 27th day of June, 2017 a copy of the *Notice of Motion, Response Deadline and Hearing Date on the Motion of the Debtor for Authority to Continue to Perform Under a Real Estate Services Agreement and Amended and Restated Limited Partnership Agreement with Trefoil Properties, LP and Trefoil Management, LLC,* was served via U.S. First Class Mail, postage prepaid, upon all parties as listed on the attached Service List.

CIARDI CIARDI & ASTIN

Dated: June 27, 2017

By: /s/ Albert A. Ciardi, III
Albert A. Ciardi, III, Esquire
One Commerce Square
2005 Market Street, Suite 3500
Philadelphia, PA 19103
*Proposed Counsel to Debtor*

Spectrum Alliance, LP
Bankruptcy No. 17-14250(JKF)
Chapter 11 – PA

## All Creditors and Parties-in-Interest

91 Beacon Street Trust
Attn: David Podolsky
14 Greenwood Street
Newton, MA 02459

Anne S. Tuzman
60 Depot Road
Hatfield, MA 01038

APMC I, LLC
APMC II, LLC
Attn: Maurice Chen
38 Red Fox Drive
New Hope, PA 18938

Ballard Spahr Andrews & Ingersoll, LLP
1735 Market Street
51st Floor
Philadelphia, PA 19103

BBLB Partners
Attn: Mark S. Pearlstein
175 Strafford Avenue
Suite 1
Wayne, PA 19087

BDO
Attn: William Burns
1801 Market Street
Suite 1700
Philadelphia, PA 19103

Benjamin C. Hammond
4 Service Drive
Wellesley, MA 02482

Bernard Greenblatt Living Trust
Craig Ayers Whittier Trust Co
505 Montgomery St, Suite 620
San Francisco, CA 94111

Bernard Greenblatt Living Trust
Charles Adams
1600 Huntington Drive
South Pasadena, CA 91030

Bernard Greenblatt Living Trust
Jacob Klaus, Whittier Trust Company
100 West Liberty Street, Suite 890
Reno, NV 89501-1954

BGT Realty Limited Partnership
Attn: John S. Gooding
345 South Reading
P.O. Box 476
Ephrata, PA 17522

BGT Realty, LP
John S. Gooding
345 South Reading Road
Ephrata, PA 17522

BNM Investments, LLC
Barry Margolis
200 Lincoln West Drive
Mountville, PA 17554

Brian O. Lavelle
52 Cedar Street
Cambridge, MA 02140

Carol A. Young
1515 The Fairway
Apt. 593
Jenkintown, PA 19046-1455

Carolyn C. Stimpson
499 Mountain Road
Princeton, MA 01541-1105

Carolyn Stimpson
499 Mountain Road
Princeton, MA 01541-1105

Chance Worthington
1108 Wrightstown Road
Newtown, PA 18940

Charlotte A. Hunsberger, Esquire
Bricker, Landis, Hunsberger, LLP
114 East Broad Street
Souderton, PA 18964

Colleen A. Watson
2412 Raleigh Drive
Lancaster, PA 17601

Constitution Real Estate, LLC
H. Jack Miller, Managing Partner
500 NE Spanish River Blvd., Ste 205
Boca Raton, FL 33431

| | | |
|---|---|---|
| Corporation Services Co.<br>Attn: Michele Henry<br>2711 Centerville Road<br>Suite 400<br>Wilmington, DE 19808 | Cosette Bonjour<br>14-5048 Wai Opae Street<br>Pahoe, HI 96778 | Cynthia Santini<br>32 Grandview Drive<br>Unit 14<br>Bristol, NH 03222 |
| David I. Crowley<br>499 Mountain Road<br>Princeton, MA 01541-1105 | David A. Demoura<br>47 Lexington Avenue<br>Gloucester, MA 01930 | Dee Development, LLC<br>Ralph D'Amico, General Partner<br>276 A Orchard Street<br>Watertown, MA 02472 |
| Delaware Secretary of State<br>P.O. Box 5509<br>Binghamton, NY 13902-5509 | Demteri GCC, LLC<br>Demetri HW, LLC<br>Attn: Charles Demetri<br>317 Havervill Street<br>North Reading, MA 01864 | Douglas J. Detweiler<br>99 Martin Road<br>Concord, MA 01742 |
| Drinker Biddle & Reath<br>Jerald Goodman, Esquire<br>One Logan Square<br>Suite 2000<br>Philadelphia, PA 19103 | Elizabeth A. Wrigley<br>2054 Squirrel Hill Road<br>Schwenksville, PA 19473 | Esther G. Friesen<br>485 Quarry Road<br>Harleysville, PA 19438 |
| Faye E. Kripitz Gayno<br>7862 Red Rock Ridge Avenue<br>Las Vegas, NV 89179 | First Niagara Bank, N.A.<br>Attn: Director Special Assets<br>Two Commerce Square - Suite 2610<br>2001 Market Street<br>Philadelphia, PA 19103 | Fox Rothschild, LLP<br>Attn: Marcel L. Groen, Esquire<br>10 Sentry Parkway<br>Suite 200<br>Blue Bell, PA 19422 |
| Giuseppe & Lucia DiMeo<br>2605 Lloyd's Lane<br>Norristown, PA 19403 | Goldstein GCC, LLC<br>c/o William S. Goldstein Associates<br>233 E. Lancaster Avenue<br>Suite 102<br>Ardmore, PA 19003 | Good Plumbing, Heating, A/C, Inc.<br>Attn: Rod Kratz, President<br>737 Hagey Center Drive - Unit D<br>Souderton, PA 18964 |
| Gregory D. Coppola, Sr.<br>1901 Parkside Lane<br>Harleysville, PA 19438 | Hanna Fank Investment, LLC<br>Peter Frank<br>120 Lloyd Road<br>Montclair, NJ 07042 | Harleysville Savings Bank<br>Attn: Stephen J. Kopenhaver<br>271 Main Street<br>Harleysville, PA 19438 |
| Harry L. Belin<br>9208 Harrington Drive<br>Potomac, MD 20854-4507 | Hullett Living Trust<br>Attn: Edward H. Hullett<br>600 Gaither Road<br>Sykesville, MD 21784 | IIC Immobilien und Finanzberatung Gmb<br>Attn: Burkhart A. Schulz<br>Fuchshohl 76A - D-60431<br>Frankfurt am Main, Germany |
| IIC Immobillen-und Finanzberatung GmbH<br>Burkhart A Schultz, Managing Partner<br>Fuchshohl 76A, D-60431<br>Frankfurt am Main, Germany | Ingrid Detweiler Trust<br>Ingrid E. Detweiler, Trustee<br>99 Martin Road<br>Concord, MA 01742 | International Union of Operating<br>Engineers of Eastern PA & DE Pension<br>1375 Virginia Drive<br>Suite 100<br>Fort Washington, PA 19034 |
| IRA FBO L. Keith Fretz<br>L. Keith Fretz<br>3925 Township Line Road<br>Collegeville, PA 19426 | IRA FBO William B. Fretz<br>William B. Fretz<br>PO Box 650<br>Oaks, PA 19456 | IUOE Pension Fund of Eastern PA & DE<br>John Heenan, Administrator<br>1375 Virginia Drive, Suite 102<br>Fort Washington, PA 19034 |

James K. Towers III and Connie U. Towers
1061 Chapel Forge Drive
Lancaster, PA 17601

James L. Murray
c/o Kevin J. Silverang, Esquire
Silverang & Donohoe, LLC
595 East Lancaster Avenue - Suite 203
St. David's, PA 19087

James R. Demetri 2004 Revocable Trust
James P. & Helen Demetri, Trustees
11 Oscar's Way
North Reading, MA 01864

James R. Wrigley
1487 Maxwell Court
Lansdale, PA 19446

Jay C. Glickman, Esquire
Rubin, Glickman, Steinberg & Gifford, PC
P.O. Box 1277
Lansdale, PA 19446

Jebro, LLC
Bernard Roseman, Manager
403 Willowmere Lane
Ambler, PA 19002

Jeffrey & Lynn Altschuler
15 Pembroke Road
Summit, NJ 07901

Jennifer S. Murphy
7 Rock Ridge Drive
Old Saybrook, CT 06475

John A. & Janet M. Baranzano Living Trus
John & Janet Baranzano
18321 Southeast Cassia Lane
Tequesta, FL 33469

John Frank
1180 Westboro
Birmingham, MI 48009

John H. Widman, Esquire
Susanin Widman & Brennan, PC
656 E. Swedesford Road
Suite 330
Wayne, PA 19087

Jordan L. Shapiro, Esquire
Shapiro & Hender Law Offices
105 Salem Street
P.O. Box 392
Malden, MA 02148

Joseph & Meredith Baranzano Living Trust
Joseph & Meredith Baranzano
1208 Heron Point Way
Deland, FL 32724

Joseph F. and Meredith M. Baranzano
Living Trust c/o Joseph F. Baranzano
1208 Heron Way
Deland, FL 32724

Kenneth Polcari
38 Sarles Street
Armonk, NY 10504

Kevin J. Trout
914 Twykenham Road
Media, PA 19063

Lawrence C. Eisenhauer
111 Village Clubhouse Circle
Jupiter, FL 33458

Leona Lubliner Trust
Attn: Allison Sullivan
60 Dolk Road
Tijeras, NM 87059

Lewis ML, LLC
Gordon W. Lewis, Jr., Manager
2 Rachel Road
Boylston, MA 01505

Lewis NWC, LLC
Gordon W. Lewis, Jr., Manager
2 Rachel Road
Boylston, MA 01505

Lewis Tollgate, LLC
Attn: Gordon W. Lewis
2 Rachel Road
Boylston, MA 01505

Lillian R. BeVier
712 Rugby Road
Charlottesville, VA 22903

Lisa Vince
9 Ledgewood Way
Unit 2
Peabody, MA 01960

Luciano DiVentura
1 Villiagio Court
Cherry Hill, NJ 08003

Macdonald-Eastlake, LLC
Roderick L. Macdonald, Manager
Two Atlantic Avenue
Boston, MA 02110

Macdonald-Eastlake, LLC
Georgina Macdonald
180 Ferry Road
Bristol, RI 02809-0658

Malvern Federal
Attn: William J. Boylan
163 Madison Avenue
3rd Floor
Morristown, NJ 07960

MAREIF
Attn: Jeffrey B. Rotwitt
63 Concord Road
Aston, PA 19014

Mark & Ninette Halpin
20 Aden Road
Liberty, NY 12754

Mark Halpin & Ninette Halpin
20 Arden Road
Liberty, NY 12754

Martin A. Fuzman
707 Rambler Road
Elkins Park, PA 19027

Matthew R. McCrink, Esquire
McCrink Kehler & McKrink
475 Route 73 North
West Berlin, NJ 08091

Michael J. BeVier
712 Rugby Road
Charlottesville, VA 22903

Michael R. Holly
c/o Kevin J. Silverang, Esquire
Silverang & Donohoe, LLC
595 East Lancaster Avenue - Suite 203
St. David's, PA 19087

Michelle Knoll IRA Acct No. 1
Michelle Knoll
2462 Ping Drive
Henderson, NV 89074

Morgan, Lewis, & Bockius, LLP
Attn: William Haley
1701 Market Street
Philadelphia, PA 19103

N&W Partnership
William & Norman Shack, General Partners
160 Pleasant Street
North Andover, MA 01845

Naper Limited Partnership
Jon Pusateri
119 S. Brainard Street
Naperville, IL 60540

Northeast Carpenters Annuity Fund
Peter Tonia Administrator
91 Fieldcredt Avenue, 3rd Floor
Edison, NJ 08837

Paul A. Peterson
46 Udine Street
Arlington, MA 02476

Paul Halpin
3261 Fiesta Way
Pompano Beach, FL 33062

Peter Frank
120 Lloyd Road
Montclair, NJ 07042

PNC Bank, N.A.
Attn: Stephen Wursta, Jr., Senior V.P.
61 North 3rd Street
N1-N605-01-1
Easton, PA 18042

Ramesh R. Desai
135 Weber Road
North Wales, PA 19454

RGMAT Associates, LP
Richard & Suzanne Harris
950 Troxel Road
Lansdale, PA 19446

Richard & Diane Trout
617 Heron Drive
Logan Township, NJ 08085

Richard & Michelle Knoll
c/o Mandalay Bay
3950 Las Vegas Boulevard
Las Vegas, NV 89119

Richard A Watson, Jr. & Colleen Watson
2412 Raleigh Drive
Lancaster, PA 17601

Richard A. Watson, Jr.
2412 Raleigh Drive
Lancaster, PA 17601

Richard B. Trout
617 Heron Drive
Logan Township, NJ 08085

Richard Knoll
c/o Mandalay Bay
3950 Las Vegas Boulevard
Las Vegas, NV 89119

Richard S. Perelman, Esquire
Ballard Spahr, LLP
1735 Market Street
51st Floor
Philadelphia, PA 19103-7599

Risa M. Lavelle
194 Waltham Street
Lexington, MA 02421

Robert A. Grinberg
30 Cramond Road
Chestnut Hill, MA 02467

Robert T. Wrigley
2054 Squirrel Hill Road
Schwenksville, PA 19473

Rochelle T. Sauber
603 Laverock Road
Glenside, PA 19038

Roseman Family Intervivos Trust
Bernard & Betty E. Roseman, Trustees
403 Willowmere Lane
Ambler, PA 19002

S&R Hillcrest Owners, LP
Attn: Richard Harris
950 Troxel Road
Lansdale, PA 19446

Sean D. Detweiler
111 Patridge Lane
Concord, MA 01742

Shamrock Properties Corp.
Attn: Sharlene Symonette
629 SW 10th Street
Hallandale, FL 33009

Shem Creek Capital
Attn: Steve Blondin
16 Laurel Avenue
Suite 20
Wellesley Hills, MA 02481

SMG Montgomeryville, LLC
c/o Elliott Greenleaf, P.C.
925 Harvest Drive
Suite 300
Blue Bell, PA 19422

Sparkasse KolnBonn
Institutionelle Kunden (221/2)
HahnenstraBe 57
Koln, Germany

Stewart Greenleaf, Jr., Esquire
Timothy Myers, Esquire
Elliott Greenleaf, P.C.
925 Harvest Drive - Suite 300
Blue Bell, PA 19422

Stonebridge Bank
605 Willowbrook Lane
West Chester, PA 19382

Susan Smith
2925 Coast Line Court
Las Vegas, NV 89117

Susan Smith IRA Acct No. 1
Susan Smith
2925 Coast Line Court
Las Vegas, NV 89117

SVRE Opportunity Fund, LP
John Greer, Managing Member
Five Greentree Center
525 Route 73 N. Ste 309
Marlton, NJ 08053

Sweeney GCC, LLC
Attn: Jerry Sweeney
21 Salem Street
Wakefield, MA 01880-6210

Sybil Vince
46A Brook Street
Manchester, MA 01944

Tactix Real Estate Advisors, LLC
c/o Judson Wambold
Two Logan Square - Suite 520
100 North 18th Street
Philadelphia, PA 19103

Terry and Sybil Vince
46A Brook Street
Manchester, MA 01944

Terry Vince (Deceased)
c/o Sybil Vince
46A Brook Street
Manchester, MA 01944

The Douglas J. Detweiler Trust
Douglas J. Detweiler, Trustee
99 Martin Road
Concord, MA 01742

The Geraldine Lee Haase Revocable Trust
Geraldine Lee Haase-Filley, Trustee
2617 Allendale Circle
Henderson, NV 89052

The Menzel Family Trust dtd 12/11/97
Brian Menzel
9220 Tesoras Drive, Unit 201
Las Vegas, NV 89144-1554

Thomas J. Moylan, Esquire
Boque, Moylan & Manno, LLP
171 Milk Street
Suite 32
Boston, MA 02109

Thomas P. Dunn
379 Roosevelt Avenue
Pawtucket, RI 02860

Thomas R. Sparks
80 Scarlet Oak Drive
Doylestown, PA 18901

U.S. Bank, N.A.
Attn: Shawn Beattie, V.P.
800 Nicollet Mall
22nd Floor
Minneapolis, MN 55402

Vital Realty Trust
Isaac Kliger
227 East Emerson Road
Lexington, MA 02420-2135

Waverley Place Realty Trust
Richard S. Polcari, Trustee
PO Box 550164
North Waltham, MA 02455

Wells Fargo
Attn: Client Solutions
1901 Harrison Street
2nd Floor
Oakland, CA 94612

Whittier Trust Company of Nevada, Inc.
100 West Liberty Street
Suite 890
Reno, NV 89501-1954

William & Frances Goldstein, Trustees
233 E. Lancaster Avenue
Suite 102
Ardmore, PA 19003

William B. Fretz, Jr.
Box 650
Oaks, PA 19456

Wohlsen Construction Co.
Attn: R. Edward Gordon
548 Steel Way
Lancaster, PA 17604

William O. Daggett, Jr.
c/o Kevin J. Silverang, Esquire
Silverang & Donohoe, LLC
595 East Lancaster Avenue - Suite 203
St. David's, PA 19087

William R. Russell III Revocable Trust
William R. Russell III
9 Rock Manor Avenue
Wilmington, DE 19803

## Notice Parties-in-Interest; Rule 2002

Barley Snyder LLC
Scott F. Landis, Esquire
126 E. King Street
Lancaster, PA 17602

Rudolph J. DiMassa, Esquire
Duane Morris LLP
30 S. 17th Street
Philadelphia, PA 19103-4196

Daniel D. Haggerty, Esquire
Kang Haggerty & Fetbroyt, LLC
123 S. Broad Street
Suite 1670
Philadelphia, PA 19109

David L. Doyle, Esquire
Bernkopf Goodman, LLP
Two Seaport Lane
Boston, MA 02210

PNC Bank, NA
c/o James Hennessey, Esquire
Jennifer L. Maleski, Esquire
Dilworth Paxson LLP
1500 Market Street, Ste 3500 E
Philadelphia, PA 19102

Barbara T. Ilsen, Esquire
Dilworth Paxson, LLP
1500 Market Street, Suite 3500 E
Philadelphia, PA 19102

D. Ethan Jeffery, Esquire
Murphy & King, P.C.
One Beacon Street
21st Floor
Boston, MA 02108

William M. Shields, Esquire
Yvette Bradley, Esquire
McElroy, Deutsch, Mulvaney & Carpenter
One Penn Center – Suburban Station
1617 JFK Boulevard – Suite 1500
Philadelphia, PA 19103-1815

Michael G. Menkowitz, Esquire
Fox Rothschild, LLP
2000 Market Street, 20th Floor
Philadelphia, PA 19103

Andrew F. Lucarelli, Esquire
Brubaker, Connaughton & Lucarelli, LLC
480 New Holland Road
Suite 6205
Lancaster, PA 17602

Ryan T. Works, Esquire
McDonald & Carano
2300 West Sahara Avenue
Suite 1200
Las Vegas, NV 89102

Office of the U.S. Trustee
Attn: George M. Conway, Esquire
833 Chestnut Street, Suite 500
Philadelphia, PA 19107

Goldstein GCC, LLC
c/o Leona Mogavero Esquire
Friedman Schuman, PC
101 Greenwood Ave, 5th Floor
Jenkintown, PA 19046