**IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA**

———————————————————————

| | |
|---|---|
| **In re:** | : |
| | : Case No. 17-14250 (JKF) |
| | : |
| **Spectrum Alliance, LP** | : Chapter 11 |
| | : |
| ——————————————— | : |
| | : |

**AMENDED NOTICE OF APPEARANCE AND
REQUEST FOR SERVICE OF DOCUMENTS**

TO THE CLERK IN CHARGE OF BANKRUPTCY OPERATIONS:

   **PLEASE TAKE NOTICE** that the attorney set forth below hereby amends its Notice of

Appearance and Request for Service of Documents dated June 27, 2017 as Document No. 26 to

reflect his appearance as counsel for International Union of Operating Engineers Pension Fund

of Eastern Pennsylvania and Delaware, incorrectly identified as International Union of Operating

Engineers Local 542, pursuant to Federal Rules of Bankruptcy Procedure 2002 and 9010, the

undersigned requests that an entry be made on the Clerk's Matrix in this case, and that all notices

given or required to be given and all papers served or required to be served, in this case, be given

to and served upon:

   Daniel D. Haggerty, Esquire
   Kang Haggerty & Fetbroyt LLC
   123 S. Broad Street, Suite 1670
   Philadelphia, PA 19109
   Tel: (215) 525-5850
   Fax: (215) 525-5860
   dhaggerty@KHFlaw.com

   **PLEASE TAKE FURTHER NOTICE** that this request includes not only the notices

and papers referred to in the Bankruptcy Rules specified above, but also includes, without

limitation, all orders and notices of any application, motion, petition, pleading, request,

complaint, or demand, statements of affairs, operating reports, schedules of assets and liabilities, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission, telegraph, telex, or otherwise that, among other things (1) affect or seek to affect in any way any rights or interest of any creditor or party in interest in this case, with respect to (a) the debtor, (b) property of the debtor's estate, or proceeds thereof, in which the debtor may claim an interest, or (c) property or proceeds thereof in the possession, custody, or control of others that the debtor may seek to use; or (2) require or seek to require any act, delivery of any property, payment or other conduct by the undersigned.

KANG HAGGERTY & FETBROYT LLC
A Pennsylvania Limited Liability Company


By: ___*s/Daniel D. Haggerty*_____
Daniel D. Haggerty, Esquire (77894)
123 S. Broad Street, Suite 1670
Philadelphia, PA 19109
Tel: (215) 525-5850
Fax: (215) 525-5860
dhaggerty@KHFlaw.com

*Counsel for International Union of Operating Engineers Pension Fund of Eastern Pennsylvania and Delaware*

Dated:  June 29, 2017

**IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| | : | |
| **In re:** | : | Case No. 17-14250 (JKF) |
| | : | |
| **Spectrum Alliance, LP** | : | Chapter 11 |
| | : | |
| | : | |
| | : | |

**<u>CERTIFICATE OF SERVICE</u>**

I, Daniel D. Haggerty, Esquire, hereby certify that on June 29, 2017, I caused to be

served a true and correct copy of the foregoing Amended Notice of Appearance and Request for

Service of Papers via the United States District Court ECF system upon the following:

ALBERT A. CIARDI, III
JENNIFER E. CRANSTON
Ciardi Ciardi & Astin, P.C.
One Commerce Square
2005 Market Street
Suite 3500
Philadelphia, PA 19103

GEORGE M. CONWAY
United States Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA 19107

KANG HAGGERTY & FETBROYT LLC
A Pennsylvania Limited Liability Company

By:  *s/Daniel D. Haggerty*
    Daniel D. Haggerty, Esquire (77894)
    123 S. Broad Street, Suite 1220
    Philadelphia, PA 19109
    Tel: (215) 525-5850
    Fax: (215) 525-5860
    dhaggerty@KHFlaw.com

    *Counsel for International Union of Operating
    Engineers Pension Fund of Eastern Pennsylvania
    and Delaware*